UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ADAM BADEAUX | CIVIL ACTION NO. 06-908 |
| VERSUS | JUDGE MELANÇON |
| ALL AMERICAN CREW BOATS, INC. | MAGISTRATE JUDGE METHVIN |

**ORDER**

Before the Court is defendant North American Assurance Company of America's Motion to Dismiss or, alternatively, Motion for Summary Judgment [Rec. Doc. 95]. As this case is currently administratively closed, it is

**ORDERED** that defendant's Motion [Rec. Doc. 95] is **DENIED AS MOOT** but may be re-urged upon the re-opening of this matter.

**THUS DONE AND SIGNED** this 12th day of December, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE